USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
                                                               :
TERESA LARA BENAVIDEZ, et al.,                                 :    **ORDER RESTORING CASE TO**
                                                               :    **ACTIVE CALENDAR AND**
                            Plaintiffs,                        :    **REGULATING PROCEEDINGS**
                                                               :
     -against-                                                 :    09 Civ. 5076 (AKH)
                                                               :
PLAZA MEXICO, INC., et al.,                                    :
                                                               :
                            Defendants.                        :
                                                               :
-------------------------------------------------------------- x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
                                                               :
GUILLERMO PAEZ, et al.,                                        :    09 Civ. 9574 (AKH)
                                                               :
                            Plaintiffs,                        :
                                                               :
     -against-                                                 :
                                                               :
PLAZA MEXICO, INC., et al.,                                    :
                                                               :
                            Defendants.                        :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiffs in the above-captioned cases allege Defendants' wage and hour policies violated state and federal labor laws. The parties attempted to negotiate a settlement and this case was removed from the active calendar, subject to restoration by either party. The parties report that negotiations have reached an impasse and request that case be restored to the active calendar. The application is granted.

1

      Plaintiffs shall file, by August 6, 2010, a motion to sever Plaza Mexico, Inc., a Defendant employer that has filed a Chapter 11 bankruptcy proceeding. Plaintiffs shall file an amended complaint and the parties shall submit a case management plan.

      The Clerk shall restore this case to the active calendar.

      SO ORDERED.

Dated:    July 23, 2010
          New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge