```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/1/10
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA LARA BENAVIDEZ, MARIA DE LOURDES GALVEZ, JAMIE HUERTA, FLORA ZURITA, MARIA DE LOURDES VASCONEZ ALARCON, LABRARMY GARCIA, and ESTEBAN NADER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PLAZA MEXICO, INC., PIRAMIDES MAYAS INC., MAMA MEXICO MIDTOWN REALTY LLC, SHADDAI INC., MAMA MEXICO ENGLEWOOD REALTY LLC, JUAN ROJAS CAMPOS, and LAURA CHAVEZ,<br><br>Defendants. | 09 CIV 5076 (AKH)(THK) |
| GUILLERMO PAEZ, EMILIANO ESPINOZA, and PEDRO NASARIO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PLAZA MEXICO, INC., PIRAMIDES MAYAS INC., MAMA MEXICO MIDTOWN REALTY LLC, SHADDAI INC., MAMA MEXICO ENGLEWOOD REALTY LLC, JUAN ROJAS CAMPOS and LAURA CHAVEZ,<br><br>Defendants. | 09 CIV 9574 (AKH)(THK) |

*Handwritten order:*

Plaintiffs move under Rule 21 of the Federal Rules of Civil Procedure to sever Defendant Plaza Mexico, Inc., which filed for bankruptcy in December 2009. The motion, being unopposed, is granted.

Plaintiffs have 20 days to amend their complaints, without prejudice to reinstating Plaza Mexico as a named defendant, depending on the outcome of the bankruptcy court proceedings.

The Clerk shall mark the motion (Dkt. No. 09 Civ. 5076, Doc.# 64; Dkt. No. 09 Civ. 9574, Doc. # 21) terminated.

So ordered.

*/s/* 
Oct. 1, 2010

**NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER DEFENDANT PLAZA MEXICO, INC. PURSUANT TO FED. R. CIV. P. 21.**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion to Sever Defendant Plaza Mexico, Inc. Pursuant to Fed. R. Civ. P. 21 (the "Motion to Sever") and the Declaration of Rachel Bien in Support of the Motion to Sever, Plaintiffs respectfully request that the Court enter an Order:

1.	Severing the claims against Plaza Mexico, Inc. pending the outcome of the bankruptcy proceeding pursuant to Rule 21 of the Federal Rules of Civil Procedure;

2.	Granting Plaintiffs leave to file the proposed amended complaints against the Non-Debtor Defendants without prejudice to reinstatement of Plaza Mexico, Inc. as a defendant pending the outcome of the bankruptcy proceeding; and

3.	Granting such other, further, or different relief as the Court deems just and proper.

\* \* \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: August 6, 2010
New York, New York

> Respectfully submitted,
> **OUTTEN & GOLDEN LLP**
> By:
>
> /s/ Rachel Bien
> Rachel Bien
>
> Justin M. Swartz
> Rachel Bien
> Juno Turner
> 3 Park Avenue, 29th Floor
> New York, New York 10016
> Telephone: (212) 245-1000
>
> **FITAPELLI & SCHAFFER, LLP**
> Joseph A. Fitapelli
> Brian S. Schaffer
> 1250 Broadway, Suite 3701
> New York, New York 10001
> Telephone: (212) 300-0375
>
> **Attorneys for Plaintiffs and the Putative Class and Collective**